UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 14 CR 10063 |
| ) | |
| MUHAMMAD M. MIZYED ) | |
| ) | |
| Defendant, ) | |

**SENTENCING MEMORANDUM**

**NOW COMES** Defendant, **MOHAMMAD M. MIZYED**, by and through his Attorney, **ADAM A. BOWTON**, and states the following in support of his request for a sentence below the advisory United States Sentencing Guidelines(USSG):

**PROCEDURAL HISTORY**

On December 17, 2014, the Defendant, **MOHAMMAD M. MIZYED**, entered pleas of guilty to Count 1 of the indictment, conspiracy to defraud the United States and to violate the tax laws, and Count 9 of the indictment, conspiracy to commit mail fraud.

A violation of 18 U.S.C. § 371 as charged in Count 1 is punishable by a sentence not to exceed five (5) years imprisonment. A violation of 18 U.S.C. § 1341 as charged in Count 9 is punishable by a sentence not to exceed twenty (20) years imprisonment. Neither offense carries a statutory minimum sentence.

**MOHAMMAD'S FAMILY**

Mohammad has been married to his wife, Samah, since 1997. They have four children: A.M. (5); J.M. (11); G.M. (13); J.M. (17). Both Mohammad and Samah are actively engaged in the lives of their children and share the duties of parenthood on a daily

basis. They enjoy close and generally happy family and encourage their children in their interests and education. For instance, they are currently exploring college with J.M. and encourage her to pursue her interest in journalism.

At this time, Mohammad works as a manager and performs maintenance duties for an apartment complex. He earns approximately $2,000.00 per month doing so. Samah is a stay-at-home mother and she and their children rely on Mohammad's income to provide for their needs. Recently, Mohammad has been offered a second job as a manager at a tobacco shop, enabling him to earn an additional $3,000.00 per month. The offer was made by persons attempting to acquire the business and contemplates his acceptance of the position within the next couple of months.

The family home is currently for sale in anticipation of payment of restitution. Mohammad and Samah are uncertain as to where the family will reside once their home is sold. It is their hope that the children will not have to move to another school district as they currently receive an excellent education in the Dunlap School District, ranked in the top five (5) percent of Illinois School Districts for 2013-2014 (www.dunlapcusd.net).

Without Mohammad's income, assistance and presence in their lives, Samah and the four (4) minor children will become dependent on the State and charity for sustenance and the children's education would be further disrupted and diminished beyond that caused by the anxiety they have endured because of the uncertainty of their futures and that of their father.

### SENTENCING CONSIDERATIONS

The applicable guideline range established by the USSG is just one of the several considerations in fashioning an

appropriate sentence, and the sentence imposed shall not be greater than that necessary to deter criminal conduct, punish, protect society, and rehabilitate the defendant. 18 U.S.C. § 3553(a). The Court is also directed to consider the need to provide restitution. 18 U.S.C. § 353 (a)(6).

A sentence below the USSG guideline range is appropriate considering Mohammad's background, character, family life, lack of criminal history, and ability to pay restitution.

Mohammad's chief concern is the anxiety and pain his family has and does endure throughout this investigation and prosecution. This concern and fear for their futures serves as his true punishment for his actions. On balance, imprisonment of their father is far more damaging to their lives than the societal benefit of the punishment, and pales in comparison to the punishment he suffers knowing the pain he has caused to his family and the possibility that imprisonment will forever disrupt their futures. His imprisonment will cause him to forego an opportunity to earn more money and leave him unemployed upon release. His conviction alone will inhibit him from helping his children with their college educations because, given the nature of his financial crimes, he will be unable to obtain credit or loans. His income, therefore, is critical to their futures as educated and productive citizens.

His three (3) oldest children are well aware of his wrongdoing-they even read about their father's crime on the Internet. Recently, he has had to face his three oldest children, explain his behavior and the possible consequences, including the loss of their family home, and apologize to them-a humbling act for any father. Some day, when she is old enough to discover and appreciate her father's behavior, he will have to

explain himself to his five (5) year old, A.M. This is the true reason he will not again commit a similar act.

Not only will incarcerating Mohammad had a severe impact on his family, but it will also serve to diminish his ability to pay restitution and cause his family to rely on the United States and State governments for assistance.

As discussed above, Mohammad currently has a job making approximately $2,000.00 per month. Although, at this time, Mohammad receives some assistance from a family member to pay family expenses, it is Mohammad's understanding and expectation that this assistance cannot be relied on for any lengthy period of time. Therefore, the ability to earn a substantially greater income by accepting a second position that would earn him an additional $3,000.00 per month is critical to his family and ability to pay restitution. His income is needed to support his family, thereby reducing the possibility of their reliance on public support causing further loss to the government. With the sale of his home, $159,815.57 currently being held in trust by Trademark Title in Peoria, and his income, although it will be great burden and struggle, he will have the ability to make the Government whole and avoid further burdening the Government and society in the form a public assistance to his family. Furthermore, there is a possibility that Mohammad may recover monies from an agreement with Dean Custom Builders regarding the sale of his home at 4514 Castleberry Drive, Peoria, Illinois in 2010. If, monies become due and owing to him, his incarceration would prevent his ability to enforce the agreement and recover monies that can be used to pay restitution.

The victims in this case are the State and Federal Governments. Imposition of a term of imprisonment will further

burden the Federal government with the cost of his incarceration and burden both governments with the cost of assistance to his family. However, deviation below the guideline range with the imposition of a condition of community service will benefit both governments and society by way of his service and ability to pay restitution. A deviation below the guidelines spares his children a diminution of their education and relieves the possibility of the burden of their existence and his incarceration to the State and Federal Governments.

Societal deterrence has been achieved by the public knowledge of his conviction-the community, including his children, can read about it on the Internet. Mohammad will forever face a distrusting eye in the community and he will have to explain this scorn to his youngest daughter.

## CONCLUSION

Mohammad has always provided for his family and planned and hoped the best for their futures. In some respects, his criminal acts were motivated by his love and concern for them. Now, his love and concern for them is the driving force behind his willingness and ability to comply with the conditions of a sentence of probation. This, coupled with substantial assets, assures the Court of his ability to pay restitution. His true punishment has been and will be the burden he has caused them and the threat he has caused to their well-being. The awe-inspiring power of the Federal Government, the score of his neighbors, and the disappointment of his children has truly humbled Mohammad and instilled an unshakeable respect for the law. His diligent and sincere work to repay restitution, comply with the conditions of a sentence of probation, and raise and educate his family will serve to inspire, including other

offenders, and assure the community that justice is served and rehabilitation and the ability to right one's self in the eyes of society is not the exclusive domain of a sentence of imprisonment.

Date: May 4, 2015.

                            Mohammad M. Mizyed, Defendant,

                            /s/ Adam A. Bowton
                            **ADAM A. BOWTON**
                            Attorney at Law

**CERTIFICATE OF SERVICE**

I, **ADAM A. BOWTON,** served a copy of this Motion to Continue Trial upon Plaintiff by filing the same on this Court's Case Management/Electronic Case Filing System on May 4, 2015.

                            /s/ Adam A. Bowton
                            **ADAM A. BOWTON**
                            Attorney at Law

Adam A. Bowton
110 SW Jefferson Ave.
Suite 530
Peoria, IL 61602
PH:(309)713-2468
Fax:(309)672-2265